UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Grand Jury N-16-1

FILED
2017 FEB 7 PM 12 04
U.S. DISTRICT COURT
NEW HAVEN, CT.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:17CR24(AWT) |
| v. | : | VIOLATIONS: |
| | | 18 U.S.C. § 115(a)(1)(B) |
| PETER J. SANTOS | : | (Threat to a Federal Official) |

INDICTMENT

The Grand Jury charges:

COUNT ONE
(Threat to a Federal Official)

1. On or about August 31, 2016, in the District of Connecticut, the defendant PETER J. SANTOS did threaten to assault and murder a Supervisory United States Probation Officer with the intent to impede, intimidate and interfere with the Supervisory United States Probation Officer while the officer was engaged in the performance of his official duties and with the intent to retaliate against the Supervisory United States Probation Officer on account of the performance of his official duties.

In violation of Title 18, United States Code, Section 115(a)(1)(B).

A TRUE BILL

/s/
FOREPERSON

DEIRDRE M. DALY
UNITED STATES ATTORNEY

JOHN H. DURHAM
ASSISTANT UNITED STATES ATTORNEY